FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2021

No. 04-20-00454-CV

Paul Alan **STRATHOPOLOUS**,
Appellant

v.

Julia **ARMSTRONG**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI11592
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

Appellant's brief was originally due on January 10, 2021. Before the due date, Appellant filed a motion for an extension of time to file the brief until February 28, 2021, noting that Appellee only agrees to an extension until January 18, 2021. *See* TEX. R. APP. P. 38.6(d).

Appellant's motion is GRANTED. The brief is due on March 1, 2021. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court